**4/29/2015**                                                      **COA No. 04-14-00236-CR**
**CURTIS, TROY          Tr. Ct. No. 2009CR0800A          PD-0475-15**
On this day the Appellant's motion for extension of time to file petition for
discretionary review has been denied.

Abel Acosta, Clerk

4TH COURT OF APPEALS  CLERK
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, THIRD FLOOR
SAN ANTONIO, TX  78205-3037
* DELIVERED VIA E-MAIL *

**4/29/2015**                                                    **COA No. 04-14-00236-CR**
**CURTIS, TROY**          **Tr. Ct. No. 2009CR0800A**          **PD-0475-15**
On this day the Appellant's motion for extension of time to file petition for discretionary review has been denied.

Abel Acosta, Clerk

ROBERT SIRIANNI JR.
201 NORTH NEW YORK AVE., SUITE 200
P.O. BOX 2047
WINTER PARK, FL 32790
* DELIVERED VIA E-MAIL *

**4/29/2015**                                                          **COA No. 04-14-00236-CR**
**CURTIS, TROY**         **Tr. Ct. No. 2009CR0800A**         **PD-0475-15**
On this day the Appellant's motion for extension of time to file petition for discretionary review has been denied.

Abel Acosta, Clerk

DISTRICT ATTORNEY BEXAR COUNTY
300 DOLOROSA ST NO 5072
SAN ANTONIO, TX 78205
* DELIVERED VIA E-MAIL *

**4/29/2015**                                                    **COA No. 04-14-00236-CR**
**CURTIS, TROY          Tr. Ct. No. 2009CR0800A          PD-0475-15**
On this day the Appellant's motion for extension of time to file petition for discretionary review has been denied.

Abel Acosta, Clerk

LISA MCMINN
STATE PROSECUTING ATTORNEY
P.O. BOX 13046
AUSTIN, TX  78711
* DELIVERED VIA E-MAIL *